UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.  MAGISTRATE NUMBER: 2:10-mj-00062

LAWRENCE R. LEE III

## MOTION TO SEAL

Comes now the United States of America by Samuel D. Marsh, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, Affidavit, Arrest Warrant, this Motion and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

/s/SAMUEL D. MARSH
SAMUEL D. MARSH
Assistant United States Attorney
WV Bar No. 6746
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: sam.marsh@usdoj.gov

