# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Lawrence R. Lee III<br>*Defendant(s)* | )<br>)<br>) Case No. 2:10-mj-00062<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 8, 2010__ in the county of __Jackson__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(d) | Transports in interstate commerce any explosive with the knowledge or intent that it will be used to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property |

FILED
APR 2 1 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

This criminal complaint is based on these facts:

See Affidavit

X Continued on the attached sheet.

*Complainant's signature*

Damon Cavender, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 20, 2010

*Judge's signature*

City and state: Huntington, WV

Maurice G. Taylor, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

I, DAMON CAVENDER, being first duly sworn, do hereby depose and state as follows:

1. On March 8, 2010, West Virginia Assistant Fire Marshal ("AFM") Jason Baltic responded to a house fire located at 300 Daisy Lane, Ravenswood, West Virginia. The trailer was located in Hutton's Trailer Park. The fire was extinguished when AFM Baltic arrived on the scene.

2. After AFM Baltic arrived at the residence, he spoke to witness number 1 ("Witness 1"). Witness 1 told AFM Baltic that he/she saw a white male, wearing blue jeans and a gray hooded sweatshirt or jacket, throw an object at the trailer located at 300 Daisy Lane. Witness 1 stated that when the thrown object struck the trailer the object burst into flames and caught the trailer on fire. Witness 1 further said that just before he/she saw the white male throw the object at the trailer the white male yelled "Fuck You" in the direction of the trailer.

3. AFM Baltic spoke to witness number 2 ("Witness 2"). Witness 2 told AFM Baltic that he/she saw a white male, wearing a gray "hoodie" and blue jeans, running near the trailer and then heard the white male yell "Fuck You" and then throw something at the aforementioned trailer. Witness 2 turned around for a moment and heard someone else in the trailer park yell "fire." Witness 2

said he/she then turned back and saw that the trailer located at 300 Daisy Lane was on fire. AFM Baltic also learned that the owner was inside of the trailer when it caught on fire.

4. AFM Baltic inspected the scene of the fire at the residence located at 300 Daisy Lane. AFM Baltic observed that the front porch, underpinning and side of the trailer near a door all had minor fire damage and discoloration due to the fire. AFM Baltic recovered a green, plastic, Mountain Dew bottle lying approximately fifteen (15) feet from the trailer. The tip of the Mountain Dew bottle was burned and partially melted. AFM Baltic could smell the odor of gasoline emanating from the inside of the bottle. AFM Baltic also noticed that the bottle contained a small amount of clear liquid. AFM Baltic collected the clear liquid from the bottle and placed it in an evidence container. AFM Baltic also collected a soil sample from the ground that was located below a portion of the trailer that had caught on fire. Both samples were submitted to the trace evidence section of the West Virginia State Police Forensic Laboratory. The forensic examination revealed that gasoline was identified in both samples.

5. In the course of AFM Baltic's investigation he reviewed a video recording captured by a camera(s) that is located on the premises of the Ravenswood Car Wash that is located in front of Hutton's Trailer Park. While reviewing the video recording, AFM Baltic observed a Subaru automobile with Ohio registration pull out

of one of the wash bays and park on the car wash's parking lot. A short time later, AFM Baltic observed the Subaru pull back into one of the wash bays. From the wash bay, AFM Baltic observed a white male, wearing blue jeans and a gray hooded sweatshirt with the hood pulled up, step out of the vehicle. The white male walked away from the vehicle and outside of camera view. Within minutes, if that, as previously mentioned, witnesses saw the white male throw the object at the aforementioned trailer that resulted in the trailer catching fire.

6. On or about March 27, 2010, AFM Baltic and Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (S/A) Damon Cavender ("Affiant") interviewed Lawrence R. Lee, III ("Defendant") at the Point Pleasant Police Department. After executing a written waiver of his Miranda rights, Defendant agreed to talk to Affiant and AFM Baltic. In part, Defendant stated on March 8, 2010, he met with an associate in Ohio. Defendant said his associate paid him $400 and two Roxycodone pills to burn down the trailer located at 300 Daisy Lane, Ravenswood, WV. Defendant also said that at the time his associate provided him with the $400 and pills, his associate told him to put some gas in a bottle and make a Molotov Cocktail to use to set the trailer on fire. Defendant also stated that his associate provided him with a white handkerchief and explained to Defendant to use the handkerchief as a wick for the Molotov Cocktail. Defendant explained that his associate believed

that the owner of the trailer had earlier stolen a quantity of oxycodone pills from him (his associate).

7. Subsequent to meeting with his associate, still on March 8, 2010, Defendant said he met with friends in Ohio who agreed to drive him to the Hutton's Trailer Park located in Ravenswood, West Virginia. Defendant said that on the way to Ravenswood they stopped at a gas station in Pomeroy, OH, to put gas in the vehicle. Defendant said that he retrieved a Mountain Dew bottle from the vehicle and poured out its remaining liquid. Defendant said he then filled up the Mountain Dew bottle with gasoline. Defendant said he put the handkerchief inside of the Mountain Dew bottle to serve as a wick. Defendant said he left part of the handkerchief sticking out of the bottle and put the cap back on the bottle.

8. Defendant said that they then drove from Ohio to the Ravenswood Car Wash in Ravenswood, WV, and pulled the vehicle into one of the wash bays. After one of his friends stepped outside and washed the car, they then pulled out of the wash bay onto the parking lot and waited for approximately five (5) minutes. Defendant said that he then put on a gray, hooded jacket. After the driver of the vehicle pulled back into one of the wash bays, Defendant stepped out of the vehicle. Defendant said he put the Molotov Cocktail (Mountain Dew bottle, filled with gasoline, that contained the handkerchief) in a pocket of the gray hooded jacket he was wearing.

9. Defendant said he then approached the trailer located at 300 Daisy Lane. Defendant stated that when he arrived at the trailer he opened the Mountain Dew bottle and poured gasoline from the bottle onto the porch of the residence. Defendant said he then put the bottle on the porch and retrieved a lighter. Defendant said when he ignited the lighter, as he was about to light the wick (handkerchief), the porch caught on fire due to the amount of gasoline that he had poured on the porch. Defendant said he then ran from the trailer and was subsequently picked up by his friends. They then drove back to Ohio.

Further your affiant sayeth naught.

_____ 5033
DAMON CAVENDER, SPECIAL AGENT

Sworn to before me, and subscribed in my presence, this 20th day of April 2010.

_____
MAURICE G. TAYLOR, JR.
United States Magistrate Judge

5